# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| vs. | **RE: VACANT REAL PROPERTY**<br>13 Station Road, Jonesboro, ME 04648 |
| **Drusilla L. Stevenson** | Mortgage:<br>August 31, 2006 |
| **Defendant** | Book 3187, Page 119 |
| **CitiMortgage, Inc.** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Drusilla L. Stevenson, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by HSBC

Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, in which the Defendant, Drusilla L. Stevenson, is the obligor and the total amount owed under the terms of the Note is One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 is a corporation with its principal place of business located at 1800 Tysons Boulevard, Suite 50, Tysons, VA 22102.

5. The Defendant, Drusilla L. Stevenson, is a resident of Jacksonville, County of Onslow and State of North Carolina.

6. The Party-in-Interest, CitiMortgage, Inc., is located at 1000 Technology Drive, O`Fallon, MO 63368.

## FACTS

7. On August 31, 2006, by virtue of a Warranty Deed from Vergie M. Whitney, Trustee of the Vergie M. Whitney Revocable Trust dated February 14, 2001, which is recorded in the Washington County Registry of Deeds in **Book 3187, Page 117**, the property situated at 13 Station Road, Jonesboro, County of Washington, and State of Maine, was conveyed to Drusilla L. Stevenson, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On August 31, 2006, Defendant, Drusilla L. Stevenson, executed and delivered to Home Loan Center, Inc., dba LendingTree Loans a certain Note under seal in the amount of $135,950.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on August 31, 2006, Defendant, Drusilla L. Stevenson executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center, Inc. dba LendingTree Loans, securing the property located at 13 Station Road, Jonesboro, ME 04648 which Mortgage Deed is recorded in the Washington County Registry of Deeds in **Book 3187**, **Page 119**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Nationstar Mortgage LLC by virtue of an Assignment of Mortgage, dated July 16, 2013, and recorded in the Washington County Registry of Deeds in **Book 3978**, **Page 72**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was further assigned to Nationstar Mortgage LLC D/B/A Mr. Cooper by virtue of a Quitclaim Assignment, dated June 28, 2019, and recorded in the Washington County Registry of Deeds in **Book 4569**, **Page 216**. *See* Exhibit E (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

12. The Mortgage was then assigned to HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 by virtue of an Assignment of Mortgage, dated September 9, 2019, and recorded in the Washington County Registry of Deeds in **Book 4593**, **Page 170**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. On October 8, 2020, the Defendant, Drusilla L. Stevenson, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit G (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

14. The Demand Letter informed the Defendant, Drusilla L. Stevenson, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit G.

15. The Defendant, Drusilla L. Stevenson, failed to cure the default prior to the expiration of the Demand Letter.

16. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

17. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the lawful holder and owner of the Note and Mortgage.

18. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or the Note and Mortgage were strictly performed.

19. CitiMortgage, Inc. is a Party-in-Interest pursuant to a Junior Mortgage in favor of Home Loan Center Inc., dba LendingTree Loans, in the amount of $34,000.00, dated August 31, 2006, and recorded in the Washington County Registry of Deeds in **Book 3187**, **Page 136** and is in second position behind Plaintiff's Mortgage.

20. The Junior Mortgage was assigned to CitiMortgage, Inc. by virtue of an Assignment of Mortgage, dated May 13, 2013, and recorded in the Washington County Registry of Deeds in **Book 3955**, **Page 104**.

21. The total debt owed under the Note and Mortgage as of December 24, 2020 is One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $110,508.77 |
| Interest | $16,899.90 |
| Late Fees | $432.81 |
| Escrow Advance | $7,408.63 |
| Lender Paid Expenses | $14,758.27 |
| Deferred Late Fees | $96.18 |
| Grand Total | $150,104.56 |

22. Upon information and belief, the Defendant, Drusilla L. Stevenson, is presently <u>not</u> in possession of the subject property originally secured by the Mortgage.

23. Upon information and belief, and based upon information provided by the client, the subject real property is vacant.

## COUNT I – FORECLOSURE AND SALE

24. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 13 Station Road, Jonesboro, County of Washington, and State of Maine. *See* Exhibit A.

26. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the holder of the Note referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, has the right to foreclosure and sale upon the subject property.

27. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the current owner and investor of the aforesaid Mortgage and Note.

28. The Defendant, Drusilla L. Stevenson, is presently in default on said Mortgage and Note, having failed to make the monthly payment due December 1, 2018, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

29. The total debt owed under the Note and Mortgage as of December 24, 2020 is One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $110,508.77 |
| Interest | $16,899.90 |
| Late Fees | $432.81 |
| Escrow Advance | $7,408.63 |
| Lender Paid Expenses | $14,758.27 |
| Deferred Late Fees | $96.18 |
| Grand Total | $150,104.56 |

30. The record established through the Washington County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendant, Drusilla L. Stevenson's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

32. Notice in conformity with 14 M.R.S.A. §6111 and/or the Note and Mortgage was sent to the Defendant, Drusilla L. Stevenson, on October 8, 2020, evidenced by the Certificate of Mailing.  *See* Exhibit G.

33. The Defendant, Drusilla L. Stevenson, is not in the Military as evidenced by the attached Exhibit H.

## COUNT II – BREACH OF NOTE

34. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

35. On August 31, 2006, the Defendant, Drusilla L. Stevenson, executed under seal and delivered to Home Loan Center, Inc., dba LendingTree Loans a certain Note in the amount of $135,950.00. *See* Exhibit B.

36. The Defendant, Drusilla L. Stevenson, is in default for failure to properly tender the December 1, 2018 payment and all subsequent payments. *See* Exhibit G.

37. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Drusilla L. Stevenson.

38. The Defendant, Drusilla L. Stevenson, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

39. The Defendant Drusilla L. Stevenson's breach is knowing, willful, and continuing.

40. The Defendant Drusilla L. Stevenson's breach has caused Plaintiff HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

41. The total debt owed under the Note and Mortgage as of December 24, 2020, if no payments are made, is One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $110,508.77 |
| Interest | $16,899.90 |
| Late Fees | $432.81 |
| Escrow Advance | $7,408.63 |
| Lender Paid Expenses | $14,758.27 |
| Deferred Late Fees | $96.18 |
| Grand Total | $150,104.56 |

42. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

43. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

44. By executing, under seal, and delivering the Note, the Defendant, Drusilla L. Stevenson, entered into a written contract with Home Loan Center, Inc., dba LendingTree Loans who agreed to loan the amount of $135,950.00 to the Defendant. *See* Exhibit B.

45. As part of this contract and transaction, the Defendant, Drusilla L. Stevenson, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

46. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the proper holder of the Note and successor-in-interest to Home Loan Center, Inc., dba LendingTree Loans, and has performed its obligations under the Note and Mortgage.

47. The Defendant, Drusilla L. Stevenson, breached the terms of the Note and Mortgage by failing to properly tender the December 1, 2018 payment and all subsequent payments. *See* Exhibit G.

48. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Drusilla L. Stevenson.

49. The Defendant, Drusilla L. Stevenson, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

50. The Defendant, Drusilla L. Stevenson, is indebted to HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 in the sum of One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, for money lent by the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, to the Defendant.

51. Defendant Drusilla L. Stevenson's breach is knowing, willful, and continuing.

52. Defendant Drusilla L. Stevenson's breach has caused Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

53. The total debt owed under the Note and Mortgage as of December 24, 2020, if no payments are made, is One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $110,508.77 |
| Interest | $16,899.90 |
| Late Fees | $432.81 |
| Escrow Advance | $7,408.63 |
| Lender Paid Expenses | $14,758.27 |
| Deferred Late Fees | $96.18 |
| Grand Total | $150,104.56 |

54. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

55. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, repeats and re-alleges paragraphs 1 through 54 as if fully set forth herein.

56. Home Loan Center, Inc., dba LendingTree Loans, predecessor-in-interest to HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, loaned Defendant, Drusilla L. Stevenson, $135,950.00. *See* Exhibit B.

57. The Defendant, Drusilla L. Stevenson, is in default for failure to properly tender the December 1, 2018 payment and all subsequent payments. *See* Exhibit G.

58. As a result of the Defendant Drusilla L. Stevenson's failure to perform under the terms of their obligation, the Defendant, should be required to compensate the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7.

59. As such, the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is entitled to relief under the doctrine of *quantum meruit.*

## COUNT V –UNJUST ENRICHMENT

60. The Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

61. Home Loan Center, Inc., dba LendingTree Loans, predecessor-in-interest to HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, loaned the Defendant, Drusilla L. Stevenson, $135,950.00. *See* Exhibit B.

62. The Defendant, Drusilla L. Stevenson, has failed to repay the loan obligation.

63. As a result, the Defendant, Drusilla L. Stevenson, has been unjustly enriched to the detriment of the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 as successor-in-interest to Home Loan Center, Inc., dba LendingTree Loans by having received the aforesaid benefits and money and not repaying said benefits and money.

64. As such, the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, upon the expiration of the period of redemption;

c) Find that the Defendant, Drusilla L. Stevenson, is in breach of the Note by failing to make payment due as of December 1, 2018, and all subsequent payments;

d) Find that the Defendant, Drusilla L. Stevenson, is in breach of the Mortgage by failing to make payment due as of December 1, 2018, and all subsequent payments;

e) Find that the Defendant, Drusilla L. Stevenson, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Drusilla L. Stevenson, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due December 1, 2018 and all subsequent payments;

g) Find that the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Drusilla L. Stevenson has been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, to restitution;

j) Find that the Defendant, Drusilla L. Stevenson, is liable to the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, for money had and received;

k) Find that the Defendant, Drusilla L. Stevenson, is liable to the Plaintiff for quantum meruit;

l) Find that the Defendant, Drusilla L. Stevenson, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Drusilla L. Stevenson, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, is entitled to restitution for this benefit from the Defendant, Drusilla L. Stevenson;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Drusilla L. Stevenson, and in favor of the Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7, in the amount of One Hundred Fifty Thousand One Hundred Four and 56/100 ($150,104.56) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Dated: December 2, 2020

Respectfully Submitted,
HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7,
By its attorneys,
/s/ John A. Doonan, Esq.
/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com