## QUITCLAIM ASSIGNMENT

WHEREAS, HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS, WHOSE ADDRESS IS, 11115 RUSHMORE DRIVE, CHARLOTTE, NC 28277, ASSIGNOR, is identified as the "Lender" on a certain mortgage executed by DRUSILLA L STEVENSON, and bearing the date of 08/31/2006, and recorded on 09/01/2006 in the Office of the Recorder of WASHINGTON County, State of Maine in Book 3187 and Page 119 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS wishes to convey and assign any and all rights it may have under the Mortgage to NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS hereby assigns and quit claims to NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on 06 / 28 / 2019 (MM/DD/YYYY).
HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS

By: _/s/ Matt_____
Matthew English
Chief Restructuring Officer

STATE OF NORTH CAROLINA   COUNTY OF MECKLENBURG
I, _____ Notary Public, certify that _____ personally came before me this day and acknowledged that he/she is _____, of HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS, and that he/she, as _____, being authorized to do so, executed the foregoing on behalf of the entity. He/she/they is (are) personally known to me. Witness my hand and official seal, on ___/___/_____ (MM/DD/YYYY).

_Please See Notary Attachment_

Notary Public - State of NORTH CAROLINA
Commission expires:

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
NSDAV 406871783 MEMERS (R)   T231905-03:11:14 [C-1] QCAME1

*D0037604821*

DOC: 6049 BK: 4569 PG: 217
RECEIVED-RECORDED, WASHINGTON COUNTY REGISTER OF DEEDS
07/10/2019, 09:22:09A
Registrar of Deeds Sharon D. Strout E-RECORDED

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

**CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Mateo

On June 28, 2019 before me, Ali Mohtasham, Notary Public
Date                      Here Insert Name and Title of the Officer

personally appeared Matthew English
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

**ALI MOHTASHAM**
COMM. #2256570
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Exp. Sep. 27, 2022

Place Notary Seal Above

---— OPTIONAL ——---

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Quitclaim Assignment
Document Date: 6/28/2019                Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☑ Corporate Officer — Title(s): CRO
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827) Item #5907