**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7** | **CIVIL ACTION NO: 1:20-cv-00448-DBH** |
| **Plaintiff** | |
| vs. | **RE: VACANT REAL PROPERTY**<br>**13 Station Road, Jonesboro, ME 04648** |
| **Drusilla L. Stevenson** | |
| **Defendant** | |
| **CitiMortgage, Inc.** | Mortgage:<br>August 31, 2006 |
| **Party-in-Interest** | Book 3187, Page 119 |

**JUDGMENT OF FORECLOSURE AND SALE**
**Address: 13 Station Road, Jonesboro, ME 04648**

This matter came before the Court pursuant to the Default entered on February 22, 2021, against the Defendant, Drusilla L. Stevenson, and Party-in-Interest, CitiMortgage, Inc. [ECF 8], Fed. R. Civ. P. 55(b), Affidavit of Matthew Kelly in Support of Entry of Judgment of Foreclosure and Sale, and pursuant to telephonic hearing/conference of counsel held by said Court on March 2, 2021 [ECF 10 and 12].

Plaintiff, HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 (hereinafter, "HSBC"), was represented by John A. Doonan, Esq. The Defendant and Party-in-Interest did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, the Plaintiff's Motion for Default Judgment is **GRANTED**. Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – *Quantum Meruit*; and Count V – Unjust Enrichment

are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

## JUDGMENT on Count I – Foreclosure and Sale is hereby ENTERED as follows:

1. If the Defendants or their heirs or assigns pay HSBC the amount adjudged due and owing as of December 24, 2020 (attorney's fees and deficiency are waived) ($150,104.56) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, HSBC shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $110,508.77 |
| Interest | $16,899.90 |
| Late Fees | $432.81 |
| Escrow Advance | $7,408.63 |
| Lender Paid Expenses | $14,758.27 |
| Deferred Late Fees | $96.18 |
| Grand Total | $150,104.56 |

2. If the Defendants or their heirs or assigns do not pay HSBC the amount adjudged due and owing ($150,104.56) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Jonesboro Property shall terminate, and HSBC shall conduct a public sale of the Jonesboro Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $150,104.56 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. HSBC may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $150,104.56 as of December 24, 2020.

5. The priority of interests is as follows:

   - HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 has first priority, in the amount of $150,104.56, pursuant to the subject Note and Mortgage.

   - CitiMortgage, Inc., who has been defaulted, has second priority behind Plaintiff.

   - Drusilla L. Stevenson, who has been defaulted, has third priority behind Plaintiff..

6. The pre-judgment interest rate is 7.125%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | HSBC Bank USA, N.A., as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-7 1800 Tysons Boulevard, Suite 50, Tysons, VA 22102. | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center, Suite 303C Beverly, MA 01915 |
| DEFENDANT | Drusilla L. Stevenson 817 Little Roxy Ct. Jacksonville, NC 28540 | Defaulted *Pro Se* |
| PARTY-IN-INTEREST | CitiMortgage, Inc. 120 S. Central Avenue, #400 Saint Louis, MO 63105 | Defaulted *Pro Se* |

a) The docket number of this case is 1:20-cv-00448-DBH.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 13 Station Road, Jonesboro, ME 04648, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 13 Station Road, Jonesboro, ME 04648. The Mortgage was executed by the Defendant, Drusilla L. Stevenson, on August 31, 2006. The book and page number of the Mortgage in the Washington County Registry of Deeds is Book 3187, Page 119.

e) This Judgment shall not create any personal liability on the part of the Defendant, but shall act solely as an *in rem* judgment against the property, 513 Station Road, Jonesboro, ME 04648.

**SO ORDERED.**

**DATED THIS 10th DAY OF MARCH, 2021.**   /s/D. BROCK HORNBY
**D. BROCK HORNBY**
**U.S. DISTRICT JUDGE**

Doc#: 10529
Bk: 3187 Pg: 134

## EXHIBIT A

A certain lot or parcel of land with the buildings and improvements thereon, situated in Jonesboro, County of Washington and State of Maine, and bounded and described as follows:

Bounded on the west by the Centerville Road, so-called; on the northwest by the real estate described in a Warranty Deed from Edwin T. Knight and Martha W. Knight to Stuart Swain and Cathy Jo Swain dated February 5, 1968, and recorded in Volume 1494, Page 098 of the Washington County Registry of Deeds, and bounded northerly, easterly and southerly by the real estate described in a Deed of Sale of Paul Gay, Personal Representative of the Estate of Mary B. Gay to Michael P. Gay and Alicia Li-Gay as joint tenants dated November 13, 1996 and recorded in Volume 2130, Page 309 of the Washington County Registry of Deeds. The above described real estate is the homestead of Gilbert E. Whitney, deceased intestate on April 28, 1990, and who acquired his interest in said premises under the will of his father, Charles C. Whitney, deceased testate on January 2, 1951, and whose estate is duly probated and of record under Docket No. 1373 of the Washington County Probate Court.

The herein described real estate has also been described in a Mortgage Deed from Charles C. Whitney to Machias Savings Bank dated May 7, 1915 and recorded in Volume 301, Page 180 of the Washington County Registry of Deeds, as follows:

"A certain parcel of land and buildings thereon situated in said Jonesboro and bounded northwesterly by homestead of George E. Shuman, northeasterly and easterly by homestead of the late Ephraim Whitney, southerly by land conveyed by Charles Whitney to Leonice B. Metrict by deed dated May 18, A.D. 1870 and recorded in the Registry of Deeds for said County in Book 129, Page 282, and westerly by the road leading to Centerville."

For a more complete description of the real estate which is conveyed herein, reference may be had to a Mortgage Deed from George F. Farnsworth to Stephen Reynolds dated January 3, 1863, and recorded in Volume 107, Page 266 of the Washington County Registry of Deeds in which said real estate is bounded and described as follows:

"A certain lot of land situated in said Jonesberough on the north side of Centerville Road and near the county road, bounded as follows, namely, beginning at a stake on said Centerville Road about six rods distant from the county road, thence running North seventy degrees East by compass seven and three-fourths rods; thence North fourteen degrees East thirty-four rods; thence South seventy degrees West nine and one-half rods; thence South fourteen degrees East twenty rods; thence South seventy degrees West six rods to the Centerville Road aforesaid; thence on said road to the point of beginning containing about two acres."

c:\documents and settings\all users\documents\exhibit a\stevenson d.doc

MARY JANE GOOD - ATTORNEY AT LAW - 23 BROADWAY - MACHIAS, MAINE 04654



Doc#: 10529
Bk: 3187 Pg: 135

For title reference may be had to Quitclaim Deed from Vergie Whitney to Vergie M. Whitney, Trustee of the Vergie M. Whitney Revocable Trust, said deed being dated March 14, 2001 and recorded in Book 2542, Page 089 of the Washington County Registry of Deeds.

Meaning and hereby conveying the same property described in a deed from Vergie M. Whitney, Trustee of the Vergie M. Whitney Revocable Trust, to be recorded in the Washington County Registry of Deeds.

Granting also to the Grantee herein, his heirs and assigns, all rights, privileges, appurtenances and easements belonging to the granted estate as intended by M.R.S.A., Title 33, Section 773.

```
       Received
Recorded Register of Deeds
  Sep 01,2006 09:33:28A
     Washington County
      Sharon D. Strout
```

c:\documents and settings\all users\documents\exhibit a\stevenson d.doc

MARY JANE GOOD - ATTORNEY AT LAW - 23 BROADWAY - MACHIAS, MAINE 04654